

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-16-00201-CR

Eddie **KEARSE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR2907
The Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant attempts to appeal the trial court's order denyng his motion to obtain trial court documents and record in forma pauperis, rendered on February 16, 2016. Appellant filed the notice of appeal more than 30 days later on April 1, 2016. Additionally, it appears from the record that the trial court's denial of appellant's motion is not an appealable order.

Appellant is therefore ORDERED to show cause within two weeks of the date this order is signed why this appeal should not be dismissed for lack of jurisdiction. All appellate time lines are not abated pending this determination.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court